UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EDDIE FIELDS, | : | |
| | : | |
| Plaintiff, | : | Civil Action: 09-2725 (RMB) |
| | : | |
| v. | : | **O R D E R** |
| | : | (CLOSED) |
| UNITED STATES OF AMERICA, et al., | : | |
| | : | |
| Defendants. | : | |

The Court having considered Plaintiff's application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> and file the complaint without prepayment of fees pursuant to 28 U.S.C. § 1915; and the Court having screened the complaint to determine whether dismissal is warranted, pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A;

It is on this **21st** day of **July** 2009,

**ORDERED** that Plaintiff may proceed <u>in</u> <u>forma</u> <u>pauperis</u> without prepayment of the $350.00 filing fee pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

**ORDERED** that the Clerk of the Court is directed to file the complaint in the above-captioned action; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order by regular mail on the Attorney General for the State of New Jersey and on the warden of the Federal Medical Center, Rochester, MN; and it is further

**ORDERED** that Plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in this Order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

**ORDERED** that in each month that the amount in Plaintiff's account exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of the plaintiff shall assess, deduct from Plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to Plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is further

**ORDERED** that the complaint is hereby dismissed, without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall close this case; and it is finally

**ORDERED** that Plaintiff may move to reopen this case within 45 days of the date of entry of this Order in order to address the issue of tolling of his <u>Bivens</u> claims, and exhaustion of his FTCA claims.

        s/Renée Marie Bumb
        RENÉE MARIE BUMB
        United States District Judge